Daniel R. Forde (SBN: 248461)
Erica J. Sullivan (SBN: 306466)
**HOFFMAN & FORDE, ATTORNEYS AT LAW**
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Tel: (619) 546-7880
Fax: (619) 546-7881
dforde@hoffmanforde.com
esullivan@hoffmanforde.com

Attorneys for Plaintiff,
JEFFREY SANDLER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SANDLER, an individual,<br><br>           Plaintiff,<br>v.<br><br>EQUIFAX INC.; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TOYOTA MOTOR CREDIT CORPORATION,<br><br>           Defendants. | Case No.: 3:16-CV-3066-AJB-AGS<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC.**<br><br>Judge:         Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. Andrew G. Schopler<br>Date Filed:   December 20, 2016 |

TO THE HONORABLE MAGISTRATE JUDGE ANDREW G. SCHOPLER:

   Plaintiff Jeffrey Sandler ("Plaintiff") respectfully notifies the Court that Plaintiff and Defendant EQUIFAX INC. ("Defendant") have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the dismissal within the next thirty (30) days.

//

//

- 1 -

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC.**

Plaintiff respectfully requests that the Court retain jurisdiction for any matters related to completing and / or enforcing the settlement.

Dated: March 6, 2017

Respectfully submitted,
**HOFFMAN & FORDE**

/s/ *Erica J. Sullivan*
Erica J. Sullivan, Esq.
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
P:  (619) 546-7880
F:  (619) 546-7881

Attorneys for Plaintiff,
Jeffrey Sandler