# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SANDLER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INC.; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TOYOTA MOTOR CREDIT CORPORATION;<br><br>Defendants. | Case No. 3:16-cv-03066-AJB-AGS<br><br>ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>(Doc. No. 19) |

Based upon the joint motion submitted by the parties on March 20, 2017, the Court hereby **GRANTS** the Joint Motion to Dismiss Defendant Experian Information Solutions, Inc. The Court **DISMISSES WITH PREJUDICE** Defendant Experian Information Solutions, Inc. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 23, 2017

Hon. Anthony J. Battaglia
United States District Judge

Case No. 3:16-cv-03066-AJB-AGS